STATE OF Minnesota    )
                      ) ss.
COUNTY OF Mille Lacs  )

### Certificate of Service

I hereby certify that on 06-09-2021 at 1500 hours at 640 3rd St SE, Milaca, MN 56353, I duly served the following:

- SUMMONS & COMPLAINT -
- -
- RE:KRISTIN WORTH, ET AL. VS JOHN HARRINGTON, ET AL. -
- SUMMONS & COMPLAINT -
- -
- RE: KRISTIN WORTH, ET AL. VS JOHN HARRINGTON, ET AL. -

Upon the following party: SHERIFF DON LORGE

✓ Personally

___ By leaving a copy at the usual abode with _____, a person of suitable age and discretion then residing therein

___ By leaving a copy with _____

___ By posting a true copy of these documents in a conspicuous place upon the property

Deputy notations/observations

Mille Lacs County Sheriffs Office
Civil Process
640 3rd St SE
Milaca, MN 56353

| File Type | SUMMONS & COMPLAINT |
|---|---|
| Court File# | 0:21-CV-01348-NEB-LIB |
| Civil File# | 21000427 |
| Served By | Burton, Kyle 5102 |

By: _____ 5/02
                        Deputy (Signature)

Dated: June 09, 2021