UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, Firearms Policy Coalition, Inc., <br><br>      Plaintiffs, <br><br>v. <br><br>John Harrington, in his individual Capacity and in his official capacity As Commissioner of the Minnesota Department of Public Safety, <br>Don Lorge, in his individual capacity And in his official capacity as Sheriff Of Mille Lacs County, Minnesota, <br>Troy Wolbersen, in his individual And in his official capacity as Sheriff of Douglas County, Minnesota, and <br>Dan Starry, in his individual capacity And official capacity as Sheriff of Washington County, Minnesota, <br><br>      Defendants. | Case No. 21-cv-01348 (NEB/LIB) <br><br><br>**AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE CLAIMS AGAINST DEFENDANTS DON LORGE, TROY WOLBERSEN, AND DAN STARRY IN THEIR INDIVIDUAL CAPACITIES** |

---

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the claims against Don Lorge in his individual capacity, Troy Wolbersen in his individual capacity, and Dan Starry in his individual capacity, may be and are hereby dismissed without prejudice, and without costs, disbursements or attorney fees to any of the parties hereto. This stipulation does not apply

to the claims against the above named defendants in their official capacities, which are not dismissed.

**RUPP, ANDERSON, SQUIRES & WALDSPURGER, P.A.**

Dated: November 16, 2021

/s/ Scott T. Anderson
Scott T. Anderson (#157405)
Kristin C. Nierengarten (#395224)
Zachary J. Cronen (#397420)
333 South Seventh Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 436-4300
Fax: (612) 436-4340
Email: scott.anderson@raswlaw.com
          kristin.nierengarten@raswlaw.com
          zachary.cronen@raswlaw.com

**ATTORNEYS FOR DEFENDANTS DON LORGE, TROY WOLBERSEN, AND DAN STARRY**

**MINNESOTA ATTORNEY GENERAL**

Dated: November 16, 2021

/s/ Cicely R. Miltich
Keith Ellison
Attorney General
Cicely R. Miltich (#0392902)
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Phone: (651) 757-1243
Fax: (651) 282-5832
cicely.miltich@ag.state.mn.us

**ATTORNEY FOR DEFENDANT COMMISSIONER JOHN HARRINGTON**

|  |  |
|---|---|
|  | **COOPER & KIRK, PLLC** |
| Dated: November 16, 2021 | /s/ David J. Thompson<br>David H. Thompson<br>Peter A. Patterson<br>William V. Bergstrom<br>1523 New Hampshire Avenue NW<br>Washington, D.C. 20036<br>Phone (202) 220-9600<br>Fax: (202) 220-9601<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com |

&

**BLAIR W. NELSON, LTD.**
Blair W. Nelson (#027309)
205 7TH Street NW, Suite 3
Bemidji, MN 56601
Phone: (218) 444-4531

**ATTORNEYS FOR PLAINTIFFS**