# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, AUSTIN DYE, AXEL ANDERSON, MINNESOTA GUN OWNERS CAUCUS, SECOND AMENDMENT FOUNDATION, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN HARRINGTON, DON LORGE, TROY WOLBERSEN, and DAN STARRY, <br><br> Defendants. | Case No. 21-CV-1348 (NEB/LIB) <br><br> ORDER OF DISMISSAL |

Pursuant to the parties' Amended Stipulation of Dismissal With Prejudice filed on November 16, 2021 (ECF No. 29), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Defendants Jon Lorge, Troy Wolbersen and Dan Starry in their individual capacities and without costs, disbursements or attorneys' fees to any of the parties.

Dated: November 19, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge