UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc., | Case No. 0:21-cv-01348 (KMM/LIB) |
| Plaintiffs, | |
| v. | **JOINT MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER** |
| John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al., | |
| Defendants. | |

The Pretrial Scheduling Order in this matter provides that all dispositive motions must be filed by June 4, 2022 and a mandatory settlement conference will occur in July or August 2022. (Doc. 26.) A Settlement Conference Order dated March 3, 2022, was issued setting the settlement conference date for Tuesday August 2, 2022. (Doc. 32).

Currently pending before the Supreme Court is a case involving the question of whether a state's denial of petitioners' applications for concealed-carry licenses for self-defense violated the Second Amendment. *See New York State Rifle & Pistol Association, Inc. v. Bruen*, Docket No. 20-843. Oral argument was heard November 3, 2021 and a decision is expected by the Supreme Court in June or July of this year.

The Supreme Court's decision in *Bruen* will most certainly impact the briefing, analysis and decision in this matter where Plaintiffs allege Minnesota's permit to carry

statue violates the Second Amendment rights of 18-20 year olds. Currently, dispositive motions in this matter are due to be filed before the Supreme Court will issue its ruling in *Bruen*. In order to avoid supplemental briefing and to provide the parties time to analyze the *Bruen* decision's impact on the issues in this matter, the parties jointly move to amend the Pretrial Scheduling Order as follows:

|  |  |
|---|---|
| Dispositive Motions filed by: | August 4, 2022 |
| Mandatory Settlement Conference: | within 60 days after resolution of all dispositive motions |

Respectfully submitted,

Dated: March 25, 2022

s/ William V. Bergstrom
Blair W. Nelson (#027309)
BLAIR W. NELSON, LTD.
205 7th Street N.W. Suite 3
Bemidji, MN  56601
(218) 444-4531
bwnelson@paulbunyan.net

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
(202) 220-9600 (Voice)
(202) 220-9601 (Fax)
dthompson@cooperkirk.com
ppaterson@cooperkirk.com
wbergstrom@cooperkirk.com

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| Dated: March 25, 2022 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ Amanda E. Prutzman<br>Amanda E. Prutzman<br>Assistant Attorney General<br>Atty. Reg. No. 0389267<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1217 (Voice)<br>(651) 282-5832 (Fax)<br>amanda.prutzman@ag.state.mn.us<br><br>ATTORNEY FOR DEFENDANT COMMISSIONER JOHN HARRINGTON |
| Dated: March 25, 2022 | s/ Scott T. Anderson<br>Scott T. Anderson (#157405)<br>Kristin C. Nierengarten (#395224)<br>Zachary J. Cronen (#397420)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN 55402<br>Phone: (612) 436-4300<br>Fax: (612) 436-4340<br>Email:scott.anderson@raswlaw.com<br>kristin.nierengarten@raswlaw.com<br>zachary.cronen@raswlaw.com<br><br>ATTORNEYS FOR DEFENDANTS DON LORGE, TROY WOLBERSEN, AND DAN STARRY |