IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez |
| | ) Magistrate Judge Leo I. Brisbois |
| | ) |
| Defendants. | ) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs respectfully move this Court to grant summary judgment in their favor. In accordance with the Court's Local Rules, this motion is accompanied by a notice of hearing, supporting memorandum of law, supporting affidavits and exhibits, and a proposed order.

Dated: August 4, 2022

Blair W. Nelson
Minnesota Bar No. 0237309

BLAIR W. NELSON, LTD.
205 7th Street N.W. Suite 3
Bemidji, MN 56601
(218) 444-4531
bwnelson@paulbunyan.net

Respectfully submitted,

/s/David H. Thompson
David H. Thompson*
DC Bar No. 450503
Peter A. Patterson*
DC Bar No. 998668
William V. Bergstrom*
DC Bar No. 241500

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

1

ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for plaintiffs*