IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez<br>) Magistrate Judge Leo I. Brisbois<br>)<br>)<br>)<br>) |
| | ) |
|     Defendants. | ) |

## PLAINTIFFS' EXHIBIT INDEX

Exhibit A     Minnesota Uniform Firearm Application, Minnesota Commissioner of Public Safety, Minn. Stat. Ann. § 624.714 subd. 3, *available at* https://bit.ly/3PuBlRL

Exhibit B     Declaration of Kristin Worth in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit C     Declaration of Austin Dye in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit D     Declaration of Axel Anderson in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit E     Declaration of Bryan Strawser in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit F     Declaration of Alan Gottlieb in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit G     Declaration of Brandon Combs in Support of Plaintiffs' Motion for Summary Judgment (Aug. 2, 2022)

Exhibit H     Excerpts from Professor Saul Cornell Deposition Transcript (Apr. 4, 2022)

| | |
|---|---|
| Dated: August 4, 2022 | Respectfully submitted, |
| | /s/David H. Thompson |
| Blair W. Nelson | David H. Thompson* |
| Minnesota Bar No. 0237309 | DC Bar No. 450503 |
| | Peter A. Patterson* |
| BLAIR W. NELSON, LTD. | DC Bar No. 998668 |
| 205 7th Street N.W. Suite 3 | William V. Bergstrom* |
| Bemidji, MN 56601 | DC Bar No. 241500 |
| (218) 444-4531 | |
| bwnelson@paulbunyan.net | COOPER & KIRK, PLLC |
| | 1523 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |
| | *Admitted *pro hac vice* |
| | |
| | *Attorneys for plaintiffs* |