# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his | ) Judge Katherine M. Menendez |
| individual capacity and in his | ) Magistrate Judge Leo I. Brisbois |
| official capacity as Commissioner | ) |
| of the Minnesota Department of | ) |
| Public Safety *et al.*, | ) |
| | ) |
| Defendants. | ) |

### Declaration of Kristin Worth

I, Kristin Worth, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Mille Lacs County, Minnesota, over the age of eighteen and under the age of twenty-one

2. I am a member of the Minnesota Gun Owners Caucus, the Second Amendment Foundation, and the Firearms Policy Coalition.

3. Other than my age, I am eligible to acquire permit to carry a pistol under all applicable state laws and I would receive training in the safe use of a pistol and apply for a license forthwith if I could lawfully receive one. Upon issuance, I would on occasion carry a handgun for purposes of self-defense.

4. I desire to carry a handgun in public for self-defense when traveling to work, visiting friends and family, running errands, or going about my day.

5. I currently refrain from carrying a handgun for self-defense because I cannot obtain a permit due to my age, and therefore carrying a handgun in public would be unlawful and potentially subject me to arrest and prosecution.

6. I am a petite woman and I am particularly concerned that if I were attacked by a man or men I would not be able to retreat or adequately defend myself without a firearm.

7. I work full-time at the First National Bank of Milaca. I wear dress clothes for work, including high-heeled shoes which make it difficult to retreat if I am attacked.

8. I have been harassed at work and have feared for my safety, both in my current job and in previous jobs. One day last winter two men repeatedly harassed me at work, to the point that two of my coworkers decided to walk me to my car after the bank closed because they were concerned the men might have waited for me in the parking lot to accost me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 2, 2022

Kristin Worth