# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 21-1348 |
| ) | |
| JOHN HARRINGTON, in his ) | Judge Katherine M. Menendez |
| individual capacity and in his ) | Magistrate Judge Leo I. Brisbois |
| official capacity as Commissioner ) | |
| of the Minnesota Department of ) | |
| Public Safety *et al.*, ) | |
| ) | |
| Defendants. ) | |

## Declaration of Axel Anderson

I, Axel Anderson, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Douglas County, Minnesota, over the age of eighteen and under the age of twenty-one

2. I am a member of the Minnesota Gun Owners Caucus, the Second Amendment Foundation, and the Firearms Policy Coalition.

3. Other than my age, I am eligible to acquire permit to carry a pistol under all applicable state laws and I would receive training in the safe use of a pistol and apply for a license forthwith if I could lawfully receive one. Upon issuance, I would on occasion carry a handgun for purposes of self-defense.

4. I desire to carry a handgun in public for self-defense when traveling to work, visiting friends and family, running errands, or going about my day.

5. I currently refrain from carrying a handgun for self-defense because I cannot obtain a permit due to my age, and therefore carrying a handgun in public would be unlawful and potentially subject me to arrest and prosecution.

6. I am concerned that if I were attacked by criminals I would not be able to adequately defend myself without a firearm.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 2, 2022

*/s/ Axel Anderson*

Axel Anderson