# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his | ) Judge Katherine M. Menendez |
| individual capacity and in his | ) Magistrate Judge Leo I. Brisbois |
| official capacity as Commissioner | ) |
| of the Minnesota Department of | ) |
| Public Safety *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **Declaration of Bryan Strawser**

I, Bryan Strawser, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Minnesota and over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am the Chairman of the Minnesota Gun Owners Caucus. I have held this position since 2015. In this capacity, I have access to, and personal knowledge of, MGOC's membership information and practices.

3. MGOC is a nonprofit organization incorporated under the laws of Minnesota with its principal place of business in Minnesota. MGOC seeks to be the trusted voice of Minnesota's gun owners and to defend and restore the right to keep and bear arms. MGOC advances these objectives in a variety of ways, including by evaluating and endorsing political candidates, engaging in and coordinating grassroots advocacy, legal action, and education.

4. MGOC has supporters and members both over and under the age of twenty-one. MGOC has thousands of members in Minnesota.

5. Plaintiffs Worth, Dye, and Anderson are members of MGOC.

6. MGOC brings this action as a public interest organization on behalf of its individual members in Minnesota between eighteen and twenty-one, who would exercise their right to bear arms and acquire carry licenses if it were not for the laws at issue in this case.

7. The injuries suffered by these members are germane to the core purposes of MGOC.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 2, 2022

Bryan Strawser