# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 21-1348 |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez <br> ) Magistrate Judge Leo I. Brisbois |
| Defendants. | ) |

### **Declaration of Alan Gottlieb**

I, Alan Gottlieb, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Washington and over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am the Executive Vice President of the Second Amendment Foundation. I have held this position or being the President of SAF since 1974. In this capacity, I have access to, and personal knowledge of, SAF's membership information and practices.

3. SAF is a nonprofit organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutional right to keep and bear arms and the consequences of gun control.

4. SAF has supporters and members both over and under the age of twenty-one. SAF has hundreds of thousands of contributing members throughout the United States, many of whom reside in Minnesota.

5. Plaintiffs Worth, Dye, and Anderson are members of SAF.

6. SAF brings this action as a public interest organization on behalf of its individual members in Minnesota between eighteen and twenty-one, who would exercise their right to bear arms and acquire carry licenses if it were not for the laws at issue in this case.

7. The injuries suffered by these members are germane to the core purposes of SAF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August _2_, 2022

_____
Alan Gottlieb