# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez <br> ) Magistrate Judge Leo I. Brisbois |
| | ) |
| Defendants. | ) |

## Declaration of Brandon Combs

I, Brandon Combs, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Nevada and over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am the President of Firearms Policy Coalition, Inc. I have held this position since 2014. In this capacity, I have access to, and personal knowledge of, FPC's membership information and practices.

3. FPC is a nonprofit organization incorporated under the laws of Delaware with its principal place of business in Clark County, Nevada. FPC seeks to defend and promote the People's rights—including the right to keep and bear arms— advance individual liberty, and restore freedom. FPC serves its members and the public through legislative advocacy, litigation and legal efforts, research, education, outreach, and other programs.

4. FPC has members both over and under the age of twenty-one. FPC has thousands of members throughout the United States, some of whom reside in Minnesota.

5. Plaintiffs Worth, Dye, and Anderson are members of FPC.

6. FPC brings this action as a public interest organization on behalf of its individual members in Minnesota between eighteen and twenty-one, who would exercise their right to bear arms and acquire carry licenses if it were not for the laws at issue in this case.

7. The injuries suffered by these members are germane to the core purposes of FPC.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 2, 2022

Brandon Combs