IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez |
| | ) Magistrate Judge Leo I. Brisbois |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

ON THIS ___ day of _____, 2022, for consideration of Plaintiffs' Motion for Summary Judgment under Federal Rule of Civil Procedure 56,

BE IT ORDERED THAT, Plaintiffs' Motion for Summary Judgment under Federal Rule of Civil Procedure 56 is GRANTED.

SO ORDERED.

Signed this __ day of _____, 2022.

_____
KATHERINE M. MENENDEZ
DISTRICT JUDGE