UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al.,<br><br>Defendants. | Court File No. 0:21-CV-01348 (KMM-LIB)<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant John Harrington, Commissioner of the Minnesota Department of Public Safety, hereby moves this Court for an order granting summary judgment and dismissing all claims in this matter with prejudice. This motion is made pursuant to Rule 56 and is based upon a memorandum of law and supporting documents filed in accordance with the local rules.

*Signature on following page*

Dated: August 4, 2022

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Amanda Prutzman
AMANDA PRUTZMAN
Assistant Attorney General
Atty. Reg. No. 0389267

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
(651) 282-5832 (Fax)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANT

|#5287716-v1