UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, Firearms Policy Coalition, Inc.,<br><br>                   Plaintiff,<br><br>v.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, Don Lorge, in his official capacity as Sheriff of Mille Lacs County, Minnesota, Troy Wolbersen, in his official capacity as Sheriff of Douglas County, Minnesota, and Dan Starry, in his official capacity as Sheriff of Washington County, Minnesota,<br><br>                   Defendants. | Case No. 21-cv-01348-KMM/LIB<br><br>**DEFENDANTS LORGE, WOLBERSEN, AND STARRY'S MOTION FOR SUMMARY JUDGMENT** |

To:     Above-named Plaintiffs, by and through their attorneys Blair W. Nelson, Blair W. Nelson, LTD., 205 7th Street N.W. Suite 3, Bemidji, MN 56601, and David H. Thompson, Peter A. Patterson, and William V. Bergstrom, Cooper & Kirk, 1523 New Hampshire Avenue, N.W., Washington D.C. 20036; and Defendant John Harrington, by and through his attorneys Minnesota Attorney General Keith Ellison and Assistant Attorney General Amanda Prutzman, 445 Minnesota Street, Suite 1100, St. Paul, Minnesota 55101.

        **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 56, Defendants Don Lorge, Troy Wolbersen, and Dan Starry (collectively, the "Defendant County Sheriffs"), hereby move for an order granting the Defendant County Sheriffs

summary judgment on all claims in Plaintiffs' Complaint. Said motion is based on all of the files, records and proceedings herein, including the Defendant County Sheriffs' memorandum of law, declarations and exhibits, and supporting documents filed herewith.

                                          **RUPP, ANDERSON, SQUIRES & WALDSPURGER, & MACE, P.A.**

Dated: August 4, 2022                         */s/ Kristin C. Nierengarten*
                                                          Scott T. Anderson (#157405)
                                                          Kristin C. Nierengarten (#395224)
                                                          Zachary J. Cronen (#397420)
                                                          333 South Seventh Street, Suite 2800
                                                          Minneapolis, MN 55402
                                                          Phone: (612) 436-4300
                                                          Fax: (612) 436-4340
                                                          Email: scott.anderson@raswlaw.com
                                                          kristin.nierengarten@raswlaw.com
                                                          zachary.cronen@raswlaw.com

                                          **ATTORNEYS FOR DEFENDANTS DON LORGE, TROY WOLBERSEN, AND DAN STARRY**