UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, Firearms Policy Coalition, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, Don Lorge, in his official capacity as Sheriff of Mille Lacs County, Minnesota, Troy Wolbersen, in his official capacity as Sheriff of Douglas County, Minnesota, and Dan Starry, in his official capacity as Sheriff of Washington County, Minnesota,<br><br>Defendants. | Case No. 21-cv-01348-KMM/LIB<br><br>**DECLARATION OF KRISTIN C. NIERENGARTEN** |

I, Kristin C. Nierengarten, declare and state as follows:

1. I am admitted to practice law in the State of Minnesota and before the United States District Court for the District of Minnesota. I am one of the attorneys representing Defendants Mille Lacs County Sheriff Don Lorge, Douglas County Sheriff Troy Wolbersen, and Washington County Sheriff Dan Starry in this matter. I make this declaration based upon my personal knowledge.

1

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Kristin Worth's Responses and Objections to Defendant Commissioner John Harrington's First Set of Requests for Admission, dated April 1, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Austin Dye's Responses and Objections to Defendant Commissioner John Harrington's First Set of Requests for Admission, dated April 1, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Axel Anderson's Responses and Objections to Defendant Commissioner John Harrington's First Set of Requests for Admission, dated April 1, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff Kristin Worth's Responses and Objections to Defendant Commissioner John Harrington's First Set of Interrogatories, dated April 1, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Austin Dye's Responses and Objections to Defendant Commissioner John Harrington's First Set of Interrogatories, dated April 1, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Axel Anderson's Responses and Objections to Defendant Commissioner John Harrington's First Set of Interrogatories, dated April 1, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 4, 2022                                  /s/ Kristin C. Nierengarten