UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, Firearms Policy Coalition, Inc.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, Don Lorge, in his official capacity as Sheriff of Mille Lacs County, Minnesota, Troy Wolbersen, in his official capacity as Sheriff of Douglas County, Minnesota, and Dan Starry, in his official capacity as Sheriff of Washington County, Minnesota,<br><br>　　　　　　　　Defendants. | Case No. 21-cv-01348-KMM/LIB<br><br>**[PROPOSED] ORDER ON DEFENDANTS LORGE, WOLBERSEN, AND STARRY'S MOTION FOR SUMMARY JUDGMENT** |

　　The above-captioned matter came on for a hearing before the undersigned Judge of the District Court on October 5, 2022, at the at the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert Street, St. Paul, MN 55101, upon Defendants Lorge, Wolbersen, and Starry's Motion for Summary Judgment. Kristin Nierengarten appeared on behalf of Defendants Don Lorge, Troy Wolbersen, and Dan Starry. Peter Patterson appeared on behalf of Plaintiffs. Having considered all records, files and proceedings herein:

**IT IS HEREBY ORDERED THAT:**

1. Defendants Lorge, Wolbersen, and Starry's Motion for Summary Judgment is **GRANTED**.

2. All claims alleged in Plaintiffs' Complaint against Defendants Lorge, Wolbersen, and Starry are dismissed in their entirety with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

_____
Katherine M. Menendez
U.S. District Court Judge