# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| KRISTIN WORTH, et al.,<br><br>      *Plaintiffs*,<br>v.<br><br>JOHN HARRINGTON, et al.,<br><br>      *Defendants*. | Civil Action No.<br>0:21-cv-01348-KMM-LIB |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Daniel S. Adkins shall appear as counsel of record for *Amici* Giffords Law Center to Prevent Gun Violence and Protect Minnesota.

Dated:  August 4, 2022

Respectfully submitted,

/s/ *Daniel S. Adkins*
Daniel S. Adkins (Bar No. 0266085)
NORTH STAR CRIMINAL DEFENSE
370 Selby Ave.
St. Paul, MN  55102
(651) 330-9678
dan@northstarcriminaldefense.com