IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| KRISTIN WORTH, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN HARRINGTON, et al., <br><br> *Defendants*. | Civil Action No. <br> 0:21-cv-01348-KMM-LIB |

**UNOPPOSED MOTION OF GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE AND PROTECT
<u>MINNESOTA FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF</u>**

Giffords Law Center to Prevent Gun Violence and Protect Minnesota respectfully move for leave to file the attached *amicus curiae* brief in support of Defendants' Motion for Summary Judgment (ECF No. 45).[1]

---

[1]  Plaintiffs and Defendants have both consented to the filing of this motion.

Dated:  August 4, 2022

*Of Counsel for* Amicus Curiae *Giffords Law Center to Prevent Gun Violence:*

Esther Sanchez-Gomez
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
268 Bush St. # 555
San Francisco, CA  94104
(415) 433-2062

Robert A. Sacks
Leonid Traps
Sophie A. Kivett
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
(212) 558-4000

Elizabeth A. Rose
Madeline B. Jenks
David W. Gould
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, DC  20006
(202) 956-7500

Respectfully submitted,

/s/ *Daniel S. Adkins*
Daniel S. Adkins (Bar No. 0266085)
North Star Criminal Defense
370 Selby Ave.
St. Paul, MN  55102
(651) 330-9678
dan@northstarcriminaldefense.com

*Counsel of Record for* Amici Curiae *Giffords Law Center to Prevent Gun Violence and Protect Minnesota*

*Of Counsel for* Amicus Curiae *Protect Minnesota:*

James Gempeler
North Star Criminal Defense
370 Selby Ave.
St. Paul, MN  55102
(651) 330-9678