IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, et al., <br><br> *Plaintiffs*, <br> v. <br><br> JOHN HARRINGTON, et al., <br><br> *Defendants*. | Civil Action No. <br> 0:21-cv-01348-KMM-LIB |

## CERTIFICATE OF COMPLIANCE

I, Daniel S. Adkins, certify that the Memorandum titled *Memorandum of Law in Support of Giffords Law Center to Prevent Gun Violence and Protect Minnesota for Leave to File an* Amicus Curiae *Brief* complies with Local Rule 7.1(f). I further certify that, in preparation of the document, I used Microsoft Office Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the brief contains 1,088 words.

Dated:  August 4, 2022 /s/ *Daniel S. Adkins*
Daniel S. Adkins (Bar No. 0266085)
NORTH STAR CRIMINAL DEFENSE
370 Selby Ave.
St. Paul, MN  55102
(651) 330-9678
dan@northstarcriminaldefense.com

*Counsel of Record for* Amici Curiae *Giffords Law Center to Prevent Gun Violence and Protect Minnesota*