## CERTIFICATE OF COMPLIANCE

I, Megan Walsh, certify that this brief complies with Local Rule 7.1(f). I further certify that, in preparation of the document, I used Microsoft Office Word 16.51, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that this brief contains 3,988 words.

Dated: August 14, 2022

By: /s Megan Walsh
Megan Walsh (#0394837)
University of Minnesota Law Clinics
190 Mondale Hall
229 19th Avenue South
Minneapolis, MN 55455
Phone: 612-625-5515
Fax: 612-624-5771
wals0270@umn.edu

*Counsel of record for Amicus Curiae Everytown for Gun Safety*