UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al., <br><br> Defendants. | Court File No. 0:21-CV-01348 (KMM/LIB) <br><br> **DECLARATION OF AMANDA PRUTZMAN IN SUPPORT OF DEFENDANT JOHN HARRINGTON'S MEMORANDUM OF LAW IN OPPOSTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Amanda Prutzman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1. I am an Assistant Attorney General with the Minnesota Attorney General's Office.

2. I represent Defendant John Harrington, Commissioner of the Minnesota Department of Public Safety ("Defendant") in the above-entitled action.

3. Attached hereto as Exhibit 1 is a true and correct copy of selected pages from the Deposition of Dr. Saul Cornell.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Amanda Prutzman
AMANDA PRUTZMAN

Dated: August 25, 2022
County of Ramsey, State of Minnesota

|#5309789-v1