UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al., <br><br> Defendants. | Case No. 0:21-CV-01348 (KMM-LIB) |

# EXHIBIT 1

# DECLARATION OF AMANDA PRUTZMAN IN SUPPORT OF DEFENDANT JOHN HARRINGTON'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

|#5309851-v1

Page 174

1      And, of course, that's all in the
2  context of a hypothetical that's completely
3  ahistorical because we all know that in a
4  predominantly -- sorry, an agrarian society
5  in the Eighteenth Century, owning firearms
6  for at least those living in agrarian rural
7  America would have been pretty much
8  essential to, you know, rid their fields of
9  pests, put dinner on the table, and, of
10 course, to deal with the almost omnipresent
11 threat of Indian warfare.
12     So, again, you know, one of the
13 problems -- and actually, you know, what's
14 fascinating is the Brief that your firm did
15 in Jones, which I'm a huge fan of, talks
16 about the problem of trying to do
17 originalism without a textualized
18 understanding of the complexity and
19 realities of the 18th Century.
20     And I think your question speaks
21 beautifully to that problem because you're
22 sort of isolating a hypothetical, and in the
23 process of identifying the hypothetical,
24 you're, essentially, saying, let's imagine a
25 situation where we're in the 18th Century

Page 175

1  but nothing about the 18th Century is
2  relevant anymore.
3      Well, I mean, that's kind of an odd
4  way to understand what something actually
5  meant to people who lived in the Eighteenth
6  Century; wouldn't you agree?
7  Q. Well, I'm only -- I believe only changing
8  one variable. So, let's say, in the Militia
9  Act of 1792 Congress had said, instead of 18
10 you have to buy a gun, and 24 you have to
11 buy a gun and join the militia?
12 A. Right.
13 Q. So, then, for purposes of just the Second
14 Amendment, not any other source of law --
15 A. Yeah.
16 Q. -- or rights, persons under 24 would have no
17 Second Amendment rights in your view; is
18 that correct?
19 A. I think that's right, but, you know, I would
20 want to, probably, before I definitively
21 pronounce -- think through it, but that
22 sounds right to me, at least on first
23 glance.
24 Q. Would there be laws in the Founding Era
25 making it unlawful for 18-to-20 year olds to

Page 176

1  acquire firearms?
2  A. Well, as I point out in the report, the
3  basic problem in the Founding Era is there
4  are not enough guns to go around, not too
5  many guns.
6      So the question of, you know, why
7  aren't their guns -- why aren't their modern
8  style gun control laws, sort of, again,
9  violates the principle that you and Haley
10 articulate so beautifully in that Brief,
11 that if one is doing originalism rigorously,
12 one needs to understand the texture of the
13 past, not just the meaning of the words in a
14 kind of decontexturalized fashion.
15 Q. Right. And I'm not asking for an
16 explanation. I'm just asking for a
17 yes-or-no answer.
18     So, I mean, there were no laws in
19 the Founding Era making it unlawful for
20 18-to-20 year olds to acquire firearms,
21 correct?
22 A. Well, that sort of reminds me of the law
23 that was enacted in France in a famous
24 wine-producing region that forbid flying
25 saucers from landing in the vineyards.

Page 177

1      And, you know, I'm sure under
2  French law that was perfectly legal, but
3  it's a kind of law that's not very useful in
4  terms of understanding what was the real
5  danger of flying saucers interfering with
6  French wine production in the 1950s?
7  Q. So I take it there were no such laws in the
8  Founding Era, correct?
9  A. It's a bad question because it doesn't --
10 you know, you have to ask a question that's
11 grounded in the actual history.
12     So a question like that,
13 unfortunately, rests on a poorly articulated
14 set of assumptions about what the reality of
15 firearms ownership was in the Eighteenth
16 Century.
17     So, yes, given that there was a
18 shortage of firearms, and government policy
19 was aimed to increase firearm production,
20 passing allow against acquiring firearms
21 wouldn't have made a whole lot of sense.
22 Q. Right. And, you know, I'm not articulating
23 any theory, you're the historian, I'm asking
24 you a factual question about history.
25     And so, the answer is there were no

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)