IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 21-1348 |
| | ) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez |
| | ) Magistrate Judge Leo I. Brisbois |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFFS' EXHIBIT INDEX**

Exhibit A    Op. & Order, *Firearms Policy Coalition, Inc. v. McCraw*, No. 4:21-cv-1245-P, Doc. 74 (Aug. 25, 2022)

Exhibit B    Excerpts from Dr. John J. Donohue III Deposition Transcript (March 28, 2022)

1

Dated: August 25, 2022

Blair W. Nelson
Minnesota Bar No. 0237309

BLAIR W. NELSON, LTD.
205 7th Street N.W. Suite 3
Bemidji, MN 56601
(218) 444-4531
bwnelson@paulbunyan.net

Respectfully submitted,

/s/David H. Thompson
David H. Thompson*
DC Bar No. 450503
Peter A. Patterson*
DC Bar No. 998668
William V. Bergstrom*
DC Bar No. 241500

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for plaintiffs*