# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Court File No. 21-1348

- - - - - - - - - - - - - - - - - - - - - -

KRISTIN WORTH, et al.,

Plaintiffs,

v.

JOHN HARRINGTON, in his
individual capacity and in his official
capacity as Commissioner of the
Minnesota Department of Public
Safety et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - -

VIDEOTAPED ZOOM DEPOSITION OF
DR. JOHN J. DONOHUE III

- - - - - - - - - - - - - - - - - - - - - -

Taken March 28, 2022 By Kelly A. Herrick

00:49:27  1    decision about gun carrying.

00:49:30  2              And so for that reason, you know,

00:49:34  3    it's a very, very safe assumption that

00:49:37  4    people in this age group, as a whole, cannot

00:49:43  5    make sensible decisions about carrying

00:49:48  6    weapons.

00:49:49  7  Q.  Okay.  But the question I asked is:  What

00:49:52  8    percentage of 18- to 20-year-old females are

00:49:55  9    impulsive, immature, and prone to making

00:49:57 10    poor or unreasoned decisions?  I think you

00:50:00 11    said it was 50 to 60 percent for males, and

00:50:03 12    I'm just wondering what that percentage is

00:50:05 13    for females without regard to the reason for

00:50:08 14    it or anything like that.

00:50:09 15  A.  Yeah, so for the 50 to 60 percent, I was

00:50:13 16    suggesting those are people with

00:50:16 17    incapacities of some sort that we can

00:50:18 18    identify to either mental illness, some sort

00:50:23 19    of mental disorder, just inadequate

00:50:28 20    cognitive development, also drug abuse and

00:50:35 21    addiction.  It is somewhat lower.

00:50:40 22              But the other 40 percent are no --

00:50:42 23    no prizes when it comes to evaluating risk,

00:50:48 24    and so the percentage of males that I would

00:50:51 25    put in this category as unable to make

Page 39

00:50:54  1      sensible determinations is very large, same

00:51:00  2      for women, but exactly what that total

00:51:03  3      percentage is is a little bit harder to

00:51:06  4      know.

00:51:06  5              But we do know that, in general,

00:51:11  6      women of this age group are less criminally

00:51:17  7      violent and are, you know, less prone to the

00:51:20  8      risky behavior that men -- but they still

00:51:23  9      have all of these incapacities that I was

00:51:27 10      alluding to earlier on the -- you know, the

00:51:30 11      national surveys of 18-to-20-year-olds that

00:51:34 12      showed how wildly inaccurate they are in

00:51:37 13      understanding the risks that they face.

00:51:41 14  Q.  Do those surveys ask older individuals about

00:51:44 15      their risk of dying in the next year?

00:51:47 16  A.  Yes, they do.

00:51:50 17  Q.  So what -- for example, 21-to-24-year-olds,

00:51:53 18      what was their response?

00:51:55 19  A.  Yeah, I don't have that right in front of

00:51:58 20      me, but, in general, as you can older, their

00:52:04 21      responses on that category are good.

00:52:06 22              But you're right that most

00:52:10 23      Americans are quite poor at estimating the

00:52:17 24      risks that they will be a victim of crime

00:52:20 25      and wildly overexaggerate that risk.

00:52:25  1           So probably 18-to-20 -- well,

00:52:28  2      certainly 18-to-20-year-olds are worse, but

00:52:33  3      most Americans are quite poor in making that

00:52:36  4      judgment in a way that they would not be

00:52:39  5      poor for other assessments.  Like, what's

00:52:41  6      the risk that I'll lose my job in the next

00:52:42  7      year?  People are pretty accurate in risk

00:52:45  8      estimating that risk.

00:52:48  9           But, you know, in part it would be,

00:52:51 10      you know, the value that the gun lobby would

00:52:57 11      have in misleading people on the risks that

00:53:00 12      they face because, of course, that helps the

00:53:03 13      sale of guns.

00:53:05 14           So we live in a world in the

00:53:07 15      United States where there are very strong

00:53:10 16      economic and political groups that are

00:53:15 17      trying to mislead people and they've done a

00:53:18 18      very effective job of that.

00:53:20 19   Q.  Has there been any work done on exposure to

00:53:23 20      gun advertisements and assessment of risk of

00:53:25 21      being a victim of a violent crime?

00:53:32 22   A.  You know, I -- I don't know the -- the

00:53:42 23      narrow focus on gun advertisements, but you

00:53:46 24      can look at the empirical research on

00:53:49 25      misassessments of crime and criminal risk,

01:54:51  1      look at it.

01:54:52  2   Q.  That's okay.  I'll go to another -- I had

01:54:54  3      another question on this one.  I'm trying to

01:54:57  4      get the page number right here.  Okay.

01:55:03  5           Okay.  So 863, this is the end of

01:55:08  6      the paper, kind of in the middle of this

01:55:10  7      paragraph, it says that, "The frontal and

01:55:13  8      parietal gray matter peaks approximately one

01:55:16  9      year earlier in females corresponding with

01:55:20 10      the earlier age of onset of puberty, suggest

01:55:22 11      a possible influence of gonadal hormones.

01:55:29 12           Now --

01:55:30 13           MS. PRUTZMAN:  Where is that on

01:55:32 14      this page?

01:55:33 15           MR. PATTERSON:  It's -- let me see.

01:55:34 16      I don't know if I can highlight here.  Right

01:55:37 17      here.  I can't highlight, but it's -- do you

01:55:40 18      see it here, kind of about the second full

01:55:41 19      sentence on this page?

01:55:44 20           MS. PRUTZMAN:  Yeah, got it,

01:55:44 21      thanks.

         22      BY MR. PATTERSON:

01:55:45 23   Q.  Okay.  So does the fact that gray matter

01:55:50 24      peaks earlier for females -- would it

01:55:54 25      support females being allowed to carry

Page 82

01:55:55  1        firearms at an earlier age than males all

01:55:58  2        else being equal?

01:56:03  3              MS. PRUTZMAN:  Object as to form.

01:56:07  4              THE WITNESS:  Yeah, so there are --

01:56:09  5        there are a couple of issues that -- in

01:56:19  6        general, if you were -- if your public

01:56:22  7        policy view was you want to keep guns away

01:56:29  8        from people who are most dangerous, then we

01:56:33  9        would almost certainly keep them away from

01:56:35 10        men first, because they would be, you know,

01:56:42 11        more likely to commit violent crime than

01:56:48 12        women.

01:56:49 13              And, you know, so in that sense, if

01:56:52 14        you were able to make sort of sex-based

01:56:55 15        differentiations, you would be more tolerant

01:56:59 16        in allowing women to have access to handguns

01:57:03 17        than you would to men, but that's probably

01:57:09 18        not constitutionally permissible.

01:57:12 19              And so you're sort of stuck with a

01:57:17 20        more equal approach.  And so the harmful

01:57:23 21        behavior of the men probably ends up

01:57:30 22        influencing public policy in a way that will

01:57:32 23        impact on women as well.

         24        BY MR. PATTERSON:

01:57:34 25    Q.  Let me ask about that.