UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, Firearms Policy Coalition, Inc.,<br><br>      Plaintiffs,<br><br>v.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, Don Lorge, in his official capacity as Sheriff of Mille Lacs County, Minnesota, Troy Wolbersen, in his official capacity as Sheriff of Douglas County, Minnesota, and Dan Starry, in his official capacity as Sheriff of Washington County, Minnesota,<br><br>      Defendants. | Case No. 21-cv-01348 (NEB/LIB)<br><br><br><br>**SECOND DECLARATION OF KRISTIN C. NIERENGARTEN** |

---

I, Kristin C. Nierengarten, declare and state as follows:

      1.      I am admitted to practice law in the State of Minnesota and before the United States District Court for the District of Minnesota. I am one of the attorneys representing Defendants Don Lorge, in his official capacity as Sheriff of Mille Lacs County, Minnesota, Troy Wolbersen, in his official capacity as Sheriff of Douglas County, Minnesota, and Dan Starry, in his official capacity as Sheriff of Washington

1

County, Minnesota (collectively, the "County Sheriffs"), in this matter. I make this declaration based upon my personal knowledge.

2. On August 31, 2021, I sent the Solicitor General of the State of Minnesota a tender of defense and indemnification letter pursuant to Minnesota Statutes Section 3.736 on behalf of the County Sheriffs.

3. To date, the State of Minnesota has not provided any response to that letter, nor has it provided defense and indemnification to the County Sheriffs in the present lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on September 8, 2022.

/s/ Kristin C. Nierengarten
Kristin C. Nierengarten