# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

David H. Thompson       1523 New Hampshire Avenue, N.W.      (202) 220-9600
dthompson@cooperkirk.com      Washington, D.C. 20036      Fax (202) 220-9601

March 22, 2023

<u>VIA CM/ECF</u>
The Honorable Kate M. Menendez
United States District Court
316 North Robert Street
St. Paul, MN 55101

       RE: *Worth et al, v. Harrington, et al.,* No. 21-cv-1348 (KMM/LIB)

Dear Judge Menendez,

      In *National Rifle Association v. Bondi*, --- F.4th ----, 2023 WL 2484818 (11th Cir. Mar. 9, 2023), the Eleventh Circuit upheld a Florida law banning firearms sales to 18-to-20-year-olds. The Eleventh Circuit's decision is deeply flawed and distinguishable from this case. It should provide no support for Minnesota's law prohibiting 18-to-20-year-olds from carrying firearms for self-defense.

      *First*, the Eleventh Circuit wrongly focused on the period surrounding the ratification of the Fourteenth Amendment as determinative for defining the scope of the Second Amendment with respect to the States. *Bondi*, at *4–5. This conclusion is contrary to *NYSRPA v. Bruen*, *see* 142 S. Ct. 2111, 2137 (2022), and to the Supreme Court's treatment of the Bill of Rights generally. The key period for understanding the Second Amendment is the Founding. *See* Pls.' MSJ Br. at 15–16, Doc. 42 (Aug. 4, 2022); Pls.' Resp. at 18–24, Doc. 74 (Aug. 25, 2022); Pls.' Reply at 9–11, Doc. 77 (Sept. 8, 2022).

      *Second*, the *Bondi* court erroneously concluded several Reconstruction-era laws were relevantly similar to the Florida law. *Bondi*, at *6–12. These laws should not have been considered analogues in *Bondi* and are not analogues here because, as Plaintiffs' have explained, 18-to-20-year-olds are adults today, but the historical laws all targeted *minors*. *See* Pls.' MSJ Br. at 23–24; Pls.' Resp. at 26–27; Pls.' Reply at 11. Both the "how" and the "why" of laws targeting minors are different than that of laws targeting adults. What is more, *Bondi*, like the historical laws generally, involved a restriction on purchasing firearms, but this case involves a restriction on *carriage*, so the way the Second Amendment right is affected is different here. *See* Pls.' Reply at 12–13.

      *Third*, *Bondi* misunderstood the value of Founding era militia laws for understanding the scope of the Second Amendment. *See Bondi*, at *12. Plaintiffs have never argued that militia service *conferred* a right to 18-to-20-year-olds. Rather, the inclusion of 18-to-20-year-olds in

**Cooper & Kirk**
Lawyers

The Hon. Kate M. Menendez
March 22, 2023
Page 2 of 2

militias makes clear that they were understood to enjoy the full protection of the Second Amendment. Pls.' Resp. at 15–16.

                                              Sincerely,

                                              *s/ David H. Thompson*
                                              David H. Thompson
                                              Counsel for Plaintiffs

cc: All counsel of record