UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al.,<br><br>Defendants. | Court File No. 0:21-CV-01348 (KMM-LIB)<br><br>**DEFENDANDANT'S MOTION FOR STAY OF INJUNCTION**<br><br>**\*EXPEDITED HANDLING REQUESTED** |

Pursuant to Rules 62(d) and 60(b)(6) of the Federal Rules of Civil Procedure, and pursuant to Local Rule 7.1(d), Defendant Commissioner of the Minnesota Department of Public Safety, hereby moves this Court for an order granting a stay from the portion of the March 31, 2023 enjoining Defendants from enforcing Minn. Stat. § 624.714, subd. 1(a) and § 624.714, subd. 2(b)(2). This motion is made pursuant to Rules 62(d) and 60(b)(6) and is based upon a memorandum of law and supporting documents filed in accordance with the local rules.

*Signature on following page*

Dated:  March 31, 2023

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Amanda Prutzman
AMANDA PRUTZMAN
Assistant Attorney General
Atty. Reg. No. 0389267

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
(651) 282-5832 (Fax)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANT

|#5467353-v1