UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc.,

Plaintiffs,

vs.

John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al.,

Defendants.

Court File No. 0:21-CV-01348 (KMM-LIB)

**NOTICE OF HEARING**

TO:    The Administrator of the Above-Named Court and All Counsel of Record

PLEASE TAKE NOTICE that the Motion for Stay of Injunction  filed by Defendant John Harrington, Commissioner of the Minnesota Department of Public Safety, will be heard before the Honorable Katherine M. Menendez, Judge of the United States District Court, at a time and place to be determined by the Court.

***Signature on following page***

Dated:  March 31, 2023                    Respectfully submitted,

                                          KEITH ELLISON
                                          Attorney General
                                          State of Minnesota


                                          s/ Amanda Prutzman
                                          AMANDA PRUTZMAN
                                          Assistant Attorney General
                                          Atty. Reg. No. 0389267

                                          445 Minnesota Street, Suite 1400
                                          St. Paul, Minnesota 55101-2131
                                          (651) 757-1217 (Voice)
                                          (651) 282-5832 (Fax)
                                          Amanda.Prutzman@ag.state.mn.us

                                          ATTORNEY FOR DEFENDANT


|#5467322-v1