UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*,<br><br>   Defendants. | Civil No. 21-1348<br><br>Judge Katherine M. Menendez<br>Magistrate Judge Leo I. Brisbois<br><br>**MEET-AND-CONFER STATEMENT** |

In support of their motion to extend the deadline to file a motion for fees and costs under Federal Rule of Civil Procedure 54, Plaintiffs certify that before filing this motion they met and conferred with counsel for the Defendants and counsel for the Defendants agreed to the entry of an order extending the deadline for filing a motion for fees until all avenues of appeal have been foreclosed or exhausted.

| | |
|---|---|
| Dated: April 10, 2023 | Respectfully submitted, |
| | /s/David H. Thompson |
| Blair W. Nelson | David H. Thompson* |
| Minnesota Bar No. 0237309 | DC Bar No. 450503 |
| | Peter A. Patterson* |
| BLAIR W. NELSON, LTD. | DC Bar No. 998668 |
| 205 7th Street N.W. Suite 3 | William V. Bergstrom* |
| Bemidji, MN 56601 | DC Bar No. 241500 |
| (218) 444-4531 | |
| bwnelson@paulbunyan.net | COOPER & KIRK, PLLC |
| | 1523 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |
| | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs*