# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | )<br>) |
|     Plaintiffs, | )<br>) |
| v. | ) Civil No. 21-1348<br>) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) Judge Katherine M. Menendez<br>) Magistrate Judge Leo I. Brisbois<br>)<br>) **[PROPOSED] ORDER ON**<br>) **PLAINTIFFS' MOTION**<br>) **EXTENDING DEADLINES** |
|     Defendants. | ) |

On Plaintiffs' motion, and with the agreement of all parties, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby **GRANTED**.

2. Plaintiffs' motion, if any, shall be due on a date to be set by the Court after all avenues for appeal—including certiorari—are foreclosed or exhausted.

Dated: _____, 2023      _____
                                                                                                                          The Honorable Katherine M. Menendez
                                                                                                                            United States District Judge