# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| Kristin Worth, et al, | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Kate Menendez |
| v. | U.S. District Judge |
| John Harrington, *Commissioner of the Minnesota Department of Public Safety*, et al, | |
| Defendants. | |

| | |
|---|---|
| Case No: | 21-cv-1348 (KMM/LIB) |
| Date: | April 10, 2023 |
| Location: | Videoconference (no courtroom) |
| Courthouse: | Saint Paul |
| Court Reporter: | Erin Drost |
| Time Commenced: | 1:30 PM |
| Time Concluded: | 2:05 PM |
| Time in Court: | 35 Minutes |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiffs: | Peter Patterson, William Bergstrom |
| For Defendant Harrington: | Amanda Prutzman |
| For Defendants Lorge, Starry, and Wolberson: | Kristin Nierengarten, Zachary Cronen |

**HEARING ON:** Defendants' Motion for a Stay of Injunction [85]

**PROCEEDINGS:** The Court held a hearing on the Commissioner's motion for a stay of the Court's injunction pending appeal.

*Law Clerk*

1