# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTIN WORTH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 21cv1348 (KMM/LIB) |
| JOHN HARRINGTON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*, | ) **ORDER ON PLAINTIFFS' MOTION EXTENDING DEADLINES** |
| Defendants. | ) |

On Plaintiffs' motion, and with the agreement of all parties, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 (ECF No. 93) is hereby **GRANTED**.

2. Plaintiffs' motion, if any, shall be due on a date to be set by the Court after all avenues for appeal—including certiorari—are foreclosed or exhausted.

Date:  April 18, 2023

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge