UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kristin Worth, Austin Dye, Axel Anderson, Minnesota Gun Owners Caucus, Second Amendment Foundation, and Firearms Policy Coalition, Inc., | Court File No. 0:21-CV-01348 (KMM/LIB) |
| Plaintiffs, | **DEFENDANT'S NOTICE OF APPEAL** |
| vs. | |
| John Harrington, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety, et al., | |
| Defendants. | |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Defendant Bob Jacobson[1], Commissioner of the Minnesota Department of Public Safety, hereby appeals to the United States Court of Appeals for the Eighth Circuit.

The above-named party hereby appeals from the final judgment of the U.S. District Court for the District of Minnesota that was entered on April 25, 2023. (Doc. No. 99) relating to the District Court's Order dating March 31, 2023 (Doc. No. 84).

Dated May 17, 2023:                    Respectfully submitted,

                                       KEITH ELLISON
                                       Attorney General
                                       State of Minnesota

---

[1] Pursuant to Fed. R. Civ. P. 43(c)(2) Bob Jacobson is substituted as a party for John Harrington as he is the current Commissioner of the Minnesota Department of Public Safety.

s/ Amanda Prutzman
AMANDA PRUTZMAN
Assistant Attorney General
Atty. Reg. No. 0389267

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
(651) 282-5832 (Fax)
Amanda.Prutzman@ag.state.mn.us

ATTORNEY FOR DEFENDANT BOB JACOBSON, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF PUBLIC SAFETY

|#5475233-v1