

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   May 19, 2023

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From: Amy, U.S. District Court-Minnesota

In Re:   District Court Case No.:  21-cv-1348 KMM/LIB
    Eighth Circuit Case No.:  Not yet assigned
    Case Title:  Worth et al v. Harrington et al

The statutory filing fee has:
    ☒ been paid, receipt number: AMNDC-10280242
    ☐ not been paid as of
         IFP    ☐ is    ☐ is not pending
    ☐ been waived because:
         ☐ USA filed the Appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒ Yes   ☐ No
    If yes, please identify the court reporter:
            Erin Drost - (651) 8481227