**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

September 5, 2025

The Honorable Kate M. Menendez                             *Via Electronic Filing*
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street - Suite 100
St. Paul, MN 5510

    Re:    ***Kristin Worth, et al. v. John Harrington, et al.***
             Court File No. 21-cv-1348 (KMM/LIB)

Dear Judge Menendez:

    In accordance with the Court's August 18, 2025 text-only Order (Doc. 112), the parties jointly notify the Court that they have reached a settlement agreement as to Plaintiffs' fees and costs in principle. The parties request an additional two weeks from September 8 to complete final approval and execution of the settlement agreement, and anticipate filing a letter advising the Court of a final settlement on or before September 19, 2025. Otherwise, the parties will request a briefing schedule from the Court for Plaintiffs' Rule 54 motion.

    Thank you for your time and attention to this matter.

                                               Sincerely,

                                               s/ Amanda Prutzman
                                             AMANDA PRUTZMAN
                                             Assistant Attorney General

                                             (651) 757-1217 (Voice)
                                             (651) 282-5832 (Fax)
                                             Amanda.Prutzman@ag.state.mn.us

cc:      All Counsel of Record

|#6174326-v1

445 Minnesota Street, Suite 600, St. Paul, MN 55101-2125
Office: (651) 296-3353 • Toll Free: (800) 657-3787 • Minnesota Relay: (800) 627-3529
An Equal Opportunity Employer Who Values Diversity